COPY

E-FILED
Tuesday, 14 September, 2010  02:21:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | |
| ) | Case No. 95-10073-001 |
| RAYMOND J. MASTEN ) | |
| ) | |
| Defendant ) | CV-10-80230-MISC. |
| ) | |
| PREMIERE SEDAN & LIMOUSINE ) | CRB |
| SERVICE, INC. ) | |
| ) | |
| Garnishee ) | |

FILED
SEP 16 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**ORDER**

The Government's application for Writ of Continuing Earning's Garnishment [186] was allowed by Order entered August 25, 2010 [188], and Writ was issued August 26, 2010 [189].

Defendant who resides outside this district in Redwood City, California has requested, a hearing on his objections to the garnishment, and pursuant to 28 U.S.C. § 3004(b)(2), that this matter be transferred to the district court for the district in which he resides, which would be the district court for the Northern District of California.

**It Is Therefore Ordered** that this proceeding for earnings garnishment and hearing on Defendant's objection is transferred to the district court for the Northern District of California, and the clerk is directed to promptly transfer same to that court for disposition pursuant to Section 3004(b)(2).

**ENTERED** this 14th day of September, 2010.

_s/Joe B. McDade___
JOE B. McDADE
Senior United States District Judge

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: M. Bailey
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 9/14/10