

**U.S. Department of Justice**

*United States Attorney*
*Central District of Illinois*
*Headquarters Office*

---

*James A. Lewis*        *318 South Sixth Street*        *TEL: (217) 492-4450*
*United States Attorney*        *Springfield, IL 62701*        *FAX: (217) 492-4888*

December 2, 2010

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

       Re:    <u>United States v. Masten, et al.</u>, Case No. 3:10-mc-80230
              Motion Hearing - December 10, 2010, 8:30 a.m.

Dear Clerk:

A Motion Hearing is scheduled in the above case for Friday, December 10, 2010, at 8:30 a.m., before Magistrate Judge Joseph C. Spero.

I request participation by this office via telephone. The number where I can be reached is:

              **217-492-4577**

If you have any questions, please call me.

| | |
|---|---|
| Very truly yours, | IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 8:30 AM and await the Court's phone call. |
| JAMES A. LEWIS | |
| United States Attorney | Dated: 12/3/10 |

*IT IS SO ORDERED*
*Judge Joseph C. Spero*

/s/ Eric I. Long

Eric I. Long
Assistant United States Attorney