IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. C 10-80230 CRB |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND OVERRULING OBJECTION** |
| v. | |
| RAYMOND J. MASTEN, | |
| Defendant. | |
| PREMIERE SEDAN & LIMOUSINE SERVICE, INC., | |
| Garnishee. | |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the Defendant's Objection to a Writ of Earnings Garnishment is OVERRULED.

**IT IS SO ORDERED.**

Dated: November 29, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE