United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>RAYMOND J. MASTEN,<br><br>    Defendant.<br><br>PREMIERE SEDAN & LIMOUSINE SERVICE, INC.,<br><br>    Garnishee.<br>_____/ | No. C 10-80230 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND OVERRULING OBJECTION** |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the Defendant's Objection to a Writ of Earnings Garnishment is OVERRULED.

**IT IS SO ORDERED.**

Dated: November 29, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE